O

JS - 6

cc: order, docket and remand letter to
San Bernardino County Superior Court
No. CIV DS 908839

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMIE S CHUA and CONSUELO O CHUA, individually and as Husband and Wife ,<br><br>       Plaintiffs,<br><br>   v.<br><br>KB HOME MORTGAGE COMPANY, an unknown business entity, AMERICAN BENEFIT MORTGAGE, an unknown business entity; TRUSTEE CORPS, a unknown business entity, BANK UNITED-FSB, an unknown business entity and CENTRAL MORTGAGE, an unknown business entity,<br><br>       Defendants. | Case No. EDCV 09-02187 DDP (JEMx)<br><br>**Order Remanding Case to State Court and Denying Defendant's Motion to Dismiss as Moot**<br><br>[Motion filed December 6, 2009] |

   Presently before the Court is Defendant Central Mortgage's Motion to Dismiss Plaintiffs' Complaint. (Dkt. No. 4.) Defendants removed this case from state to federal court on the basis of federal question jurisdiction. In their Opposition, Plaintiffs state that they are not alleging any claims arising under federal law, and ask the Court to remand the case back to San Bernardino County Superior Court.

1   The Court has reviewed Plaintiffs' complaint and confirmed
2 that it does not allege any claim arising under federal law. The
3 complaint lists only state law causes of action, and although it
4 refers, in passing, to the Real Estate Settlement Procedures Act
5 ("RESPA"), Plaintiffs' Opposition confirms that none of their state
6 law claims are predicated on a RESPA violation or any other
7 violation of federal law. The Court therefore concludes that no
8 federal claims remain for decision, and declines to exercise
9 supplemental jurisdiction over Plaintiffs' state law causes of
10 action. 18 U.S.C. § 1367(c). Accordingly, the Court REMANDS this
11 case to state court. Defendant's Motion to Dismiss is DENIED as
12 moot.

IT IS SO ORDERED.

Dated: January 22, 2010

DEAN D. PREGERSON
United States District Judge

2